UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF MICHIGAN

In re:

Joseph Peter Samona            Case No. 16-46230
                                             Chapter 13
                                             Hon. Walter Shapero

               Debtor(s)
_____/

## ORDER TO SHOW CAUSE WHY DEBTOR IS ENTITLED TO A DISCHARGE

A voluntary petition commencing a case under Title 11 of the United States Code was filed on April 25, 2016 by the above entitled Debtor. This Court is advised that the Debtor has previously been granted a discharge in a Chapter 7 case, **Case No. 13-55994** that was filed on August 23, 2013 in the Eastern District of Michigan. Pursuant to 11 U.S.C. §1328(f) of the Bankruptcy Code, the Court cannot grant the Debtor a discharge if the Debtor has been (i) granted a discharge in a Chapter 7, 11 or 12 case commenced within 4 years before filing this case; or (ii) granted a discharge in a Chapter 13 case commenced within the last 2 years before filing this case.

**IT IS ORDERED** that, unless the debtor(s) agree that he/she is not entitled to a discharge, the Debtor(s) and attorney for the Debtor(s) appear before this Court on <u>**June 6, 2016 at 2:00 p.m.**</u> in Courtroom 1042, U.S. Courthouse, 231 W. Lafayette, Detroit, MI and show cause why the Debtor(s) is entitled to a discharge in view of 11 U.S.C. §1328(f).

**Signed on April 27, 2016**

                                           **/s/ Walter Shapero**
                                   **Walter Shapero**
                                   **United States Bankruptcy Judge**