UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

In the Matter of:

**Joseph Peter Samona**

Case No.: **16-46230**-wsd
Chapter 13
Hon. Walter Shapero

Debtor.
_____/

## ORDER TO REINSTATE THE CHAPTER 13 CASE AND EXTENDING THE TIME TO FILE ALL SCHEDULES

This matter having come before this Court upon the filing of Debtor's Motion to Reinstate the Chapter 7 Case (docket #17); and the Debtor's Motion for Additional Time to File Chapter 13 Schedules, Other Documents and Information Required Under 11 U.S.C. 521(a)(1) (docket #18) and to allow the case to proceed under Chapter 13, the Court being otherwise duly advised in the premises:

**IT IS ORDERED** that the Order Dismissing the Case entered on May 4, 2016 (docket #16), is hereby set aside,

**IT IS FURTHER ORDERED** that the Debtor's Chapter 13 Bankruptcy Case No. 16-46230 is reinstated; and that all Chapter 13 Schedules and Statements shall be filed on or before **May 20, 2016** or the case will be dismissed without further notice or hearing.

`Signed on May 06, 2016`

`         /s/ Walter Shapero`
`    Walter Shapero`
`    United States Bankruptcy Judge`